UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **RHONDA CRAYTON and SHEILA REED** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **PHARMEDIUM SERVICES, LLC, KERI KJELLIN, and JOHN TOTH** | **CASE NO: 15-2270-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal On Joint Stipulation Of Dismissal With Prejudice entered on February 13, 2017, this cause is hereby dismissed with prejudice.

**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 2/13/2017**
　　　　　　　　　　　　　　　　　　　　**THOMAS M. GOULD**
　　　　　　　　　　　　　　　　　　　　**Clerk of Court**

　　　　　　　　　　　　　　　　　　　　**s/Terry L. Haley**
　　　　　　　　　　　　　　　　　　　　**(By)  Deputy Clerk**